IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-194-CV





JAMIE P. BONNER,



 APPELLANT


vs.





ACTION PAWN, INC., WELDON'S ELECTRIC, INC., FOUR B's, INC.,


UNLIMITED, INC. AND ACTION AFFILIATES, INC.,




 APPELLEES



 




FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT



NO. 141,631-C, HONORABLE STANTON B. PEMBERTON, JUDGE PRESIDING



 





PER CURIAM



 The parties have filed an agreed motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a).

 The appeal is dismissed.


[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed on Agreed Motion

Filed: August 11, 1993

[Do Not Publish]